No. 03–642. ALLEN ET AL. v. PACHECO. Sup. Ct. Colo. Motions of American Association of Health Plans-Health Insurance Association of America et al., Civil Justice Association of Califor-

nia and California Chamber of Commerce, and Reinsurance Association of America for leave to file briefs as *amici curiae* granted. Motion of CIGNA HealthCare of California, Inc., for leave to file a brief as *amicus curiae* denied. Certiorari denied. ■